# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOSEPH ALLEN, STEVEN AYRES, ASHLEY
HURLBURT, RORY KEVIN GATES, JAMES
HOWARD, DEMARCUS MORROW, RODNEY
WALLER, KEITH ARCEMENT, FREDERICK
BELL, GENARO CRUZ GOMEZ, SAM YBARRA,
MICHAEL CARTER AND JAMES PARK ON
BEHALF OF THEMSELVES AND ALL OTHERS
SIMILARLY SITUATED

VERSUS

JOHN BEL EDWARDS, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF THE STATE OF
LOUISIANA, ZITA JACKSON ANDRUS,
CHRIS L. BOWMAN, FLOZELL DANIELS,
JR., THOMAS D. DAVENPORT, JR.,
PATRICK J. FANNING, W. ROSS FOOTE,
KATHERINE E. GILMER, MICHAEL C.
GINART, JR., FRANK HOLTHAUS, DONALD
W. NORTH, AND MOSES JUNIOR WILLIAMS
IN THEIR OFFICIAL CAPACITIES AS
MEMBERS OF THE LOUISIANA PUBLIC
DEFENDER BOARD; AND JAMES T. DIXON,
JR., IN HIS OFFICIAL CAPACITY AS THE
LOUISIANA STATE PUBLIC DEFENDER

NO.  2019 CW 0436

MAR 1 2 2021

---

In Re:    Governor John Bel Edwards and All Other Defendants
          ("The Executive Branch"), applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 655079.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY, THERIOT, CHUTZ, AND WOLFE, JJ.**

**WRIT DENIED.**

> **VGW**
> **JMG**
> **MRT**
> **WRC**
> **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT